UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Gatewood Blakely, </br> a/k/a James G. Blakely, </br> a/k/a Jimmy G. Blakely; </br> </br>    Plaintiff, </br> </br> v. </br> </br> Michael McCall, D Bush, S Clayton, et al., </br> </br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | C/A No.  5:12-cv-410-RMG-KDW </br> </br> </br> </br> ORDER |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On March 22, 2013, Defendants filed a Motion to Dismiss. ECF No. 64. On April 2, 2013, Plaintiff filed a Motion for Extension of Time requesting additional time to respond to Defendants' Motion to Dismiss. ECF No. 77. Plaintiff's motion for extension was granted on April 3, 2013, and Plaintiff was given until May 29, 2013 to file a response. ECF No. 78. Nonetheless, Plaintiff has yet to file a response to Defendants' Motion to Dismiss. Although Plaintiff has filed a Response in Opposition to Motion for Summary Judgment, ECF No. 90, on June 3, 2013, a Sur-Reply to Reply to Response to Motion to Dismiss, ECF No. 98, on June 17, 2013, and a Motion for Reconsideration, ECF No. 100, these filings do not provide a substantive response to Defendants' Motion to Dismiss. Accordingly, no later than **August 2, 2013,** Plaintiff is to file a response to Defendants' Motion to Dismiss. Plaintiff is advised that if he fails to respond adequately to Defendants' motion, the court may grant their Motion, which may end Plaintiff's case.

IT IS SO ORDERED.

*[Signature: Kaymani D. West]*

July 16, 2013  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge